IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, RAILROAD COMMISSION OF TEXAS, TEXAS DEPARTMENT OF AGRICULTURE, TEXAS GENERAL LAND OFFICE, and TEXAS DEPARTMENT OF TRANSPORTATION | § § § § § § § § § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action No. 3:23-cv-17 |
| U.S. ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, in his official capacity as ADMINSTRATOR OF U.S. ENVIRONMENTAL PROTECTION AGENCY; U.S. ARMY CORPS OF ENGINEERS; LIEUTENANT GENERAL SCOTT A. SPELLMON, in his official capacity as CHIEF OF ENGINEERS AND COMMANDING GENERAL, U.S. ARMY CORPS OF ENGINEERS; and MICHAEL L. O'CONNOR, in his official capacity as the ASSISTANT SECRETARY OF THE ARMY (CIVIL WORKS) | § § § § § § § § § § § § § § § § § | |
| Defendants, | § § | |
| BAYOU CITY WATERKEEPER<br>    Applicant-Intervenor-<br>    Defendant. | § § | |

**ORDER GRANTING APPLICANT-INTERVENOR-DEFENDANT'S MOTION TO INTERVENE**

Pending before the Court is Applicant-Intervenor-Defendant's Motion to Intervene. Pursuant to Fed. R. Civ. P. 24, Applicant-Intervenor-Defendant, Bayou City Waterkeeper, Inc. satisfied all elements required for intervention as of right and for permissive intervention.

After reviewing the Motion, the Response, the record and the applicable law, the Court GRANTS Applicant-Intervenor-Defendant's Motion to Intervene.

SIGNED on Galveston Island this _____ day of _____, 20_____.

_____

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE