United States District Court
Southern District of Texas
**ENTERED**
February 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § § § § § § § § § § § § | |
| Plaintiffs, | | |
| VS. | | 3:23-cv-17 |
| UNITED STATES ENVIRONMENTAL PROTECTION, et al., | | |
| Defendants. | | |

## ORDER

Before the court is Bayou City Waterkeeper's unopposed motion to intervene as a matter of right under Fed. R. Civ. P. 24(a) or, alternatively, requesting permissive intervention pursuant to Fed. R. Civ. P. 24(b). Dkt. 2. Finding that it satisfies the standards for both tests, the court grants the motion.

Signed on Galveston Island this 14th day of February, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE