IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS et al., | § | |
| | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 3:23-cv-17 |
| | § | |
| U.S. ENVIRONMENTAL | § | |
| PROTECTION AGENCY, et al., | § | |
| | § | |
| Defendants, | § | |
| | § | |
| BAYOU CITY WATERKEEPER, | § | |
| | § | |
| Intervenor-Defendant. | § | |

## INTERVENOR-DEFENDANT'S MOTION FOR LEAVE AND FOR EXTENSION OF TIME TO FILE COMBINED OPPOSITION TO PLAINTIFFS' REQUEST FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Southern District of Texas Local Rule 7.2, Intervenor-Defendant Bayou City Waterkeeper (the "Waterkeeper") requests leave to file a Combined Opposition to the Plaintiffs' Motions for Preliminary Injunction not to exceed 42 pages and a four (4) day extension of time up through and including Saturday, March 4, 2023, to respond. State Plaintiffs, the State of Idaho Plaintiff, and Federal Defendants do not oppose this motion. The Waterkeeper, however, was unable to obtain the Association Plaintiffs' position before filing this motion. Waterkeeper supports this motion as follows:

1. On February 7, 2023, Plaintiffs in Case No. 3:23-cv-17 the State of Texas and five of its agencies ("State Plaintiffs") moved for a preliminary injunction to enjoin the

effectiveness, implementation and enforcement of the final rule titled Revised Definition of "Waters of the United States" (the "Rule"), promulgated by the U.S. Environmental Protection Agency ("EPA") and the U.S. Army Corps of Engineers ("Corps") (collectively "Federal Agencies"). DKT. 13.

2.  Plaintiffs in Case No. 3:23-cv-20 the American Farm Bureau et al. ("Association Plaintiffs") also requested on February 7, 2023, that this Court preliminarily enjoin the Rule nationwide while the merits of Plaintiffs' challenge are resolved. DKT. 15.

3.  On February 9, 2023, the Waterkeeper filed a Motion to Intervene into Case No. 3:23-cv-17 (DKT. 20) and Case No. 3:23-cv-20 (DKT. 16). As detailed in the Waterkeeper's Certificate of Conference in both Motions to Intervene, the other parties did not oppose the Waterkeeper's intervention so long as it agreed to the deadlines negotiated by the parties, including Federal Defendants' proposal to file a combined response on March 2. The Waterkeeper expressly agreed to those terms and discussed the proposed briefing schedule during its conferral with the State Plaintiffs. Accordingly, the Waterkeeper did not request any alternate schedules from the parties already agreed-upon deadlines.

4.  On February 10, 2023, Federal Defendants filed an Unopposed Omnibus Motion to Consolidate, File a Consolidated Response to Plaintiffs' Motions for Preliminary Injunction, and Extend Response Brief Deadline ("Unopposed Omnibus Motion"). DKT. 23. That motion noted the Waterkeeper's pending motion to intervene and set forth the agreed-upon schedule.

5. The Court granted the Federal Defendants' Unopposed Omnibus Motion approving consolidation of the two cases Civil Action No. 3:23-cv-17 and Civil Action No. 3:23-cv-20 on February 13, 2023. The Court's Order also granted a 2-day extension of time to respond to both of Plaintiffs' requests for preliminary injunctions and granted leave for the Federal Defendants to file a 40-page combined response to the same. DKT. 27.

6. This Court granted the Waterkeeper's Motion to Intervene on February 14, 2023. DKT. 30. The Court's Order granting Waterkeeper's intervention did not expressly set a briefing schedule for Waterkeeper, which had agreed to the proposed schedule outlined in the Federal Defendants' Unopposed Omnibus Motion.

7. On February 27, 2023, State Plaintiffs filed a First Amended Complaint and Petition for review joining the State of Idaho as a plaintiff. DKT. 32. On the same day, the State Plaintiffs and the State of Idaho Plaintiff also filed an Unopposed Motion to Supplement Preliminary Injunction Motion ("Unopposed Motion to Supplement"). DKT 34. The Unopposed Motion to Supplement also included three additional requests:

   a. A two (2) day extension of time up through and including Saturday, March 4, 2023 to respond to the forthcoming motion to supplement and declarations from the State of Idaho;

   b. Two (2) additional pages—not to exceed forty-two (42) pages total—to respond to the State Plaintiffs, the State of Idaho Plaintiff, and the Association Plaintiffs requests to preliminarily enjoin the Rule.

    c.   The March 15th hearing and other agreed-on deadlines remain the same.

8.   The Waterkeeper is now filing this request for an extension of time to keep briefing requirements consistent between the parties and maintain a uniform schedule. In the interest of judicial economy, Intervenor-Defendant Bayou City Waterkeeper respectfully requests leave to file a Combined Opposition to the Plaintiffs' Motions for Preliminary Injunction not to exceed 42 pages and a four (4) day extension of time up through and including Saturday, March 4, 2023 to respond.

9.   The Waterkeeper's requested leave and extension are both necessary to maintain uniform responses, deadlines, and keep all hearing dates in-tact. Additionally, the Waterkeeper is only requesting to adopt the deadlines already agreed to by the State Plaintiffs, State of Idaho Plaintiff, Association Plaintiffs and the Federal Defendants.

10.  Both the requested leave and extension are sought in the interest of justice, not for delay, and no party will be prejudiced if the leave and the extension are granted.

Dated: February 28, 2022.

                                          Respectfully submitted,
                                          EARTHJUSTICE

                                          By: /s/ *Jennifer Anne Powis*
                                          Jennifer Anne Powis
                                          Texas State Bar No. 24041716
                                          Southern District No. 605931
                                          *Attorney-in-Charge*

                                          Caroline Riviere Crow
                                          Texas State Bar No. 24118360
                                          Southern District No. 3686825
                                          845 Texas Ave., Suite 200

Kristen Schlemmer
Texas State Bar No. 24075029
Southern District No. 2078411
Bayou City Waterkeeper
2010 N. Loop West, Suite 103
Houston, TX 77018
Tel: 512-619-1583
kristen@bayoucitywaterkeeper.org

*Of counsel, Bayou City
Waterkeeper*

Houston, TX 77002
jpowis@earthjustice.org
ccrow@earthjustice.org
Tel: 281-694-5157
Fax: 415-217-2040

Stu Gillespie (*pro hac vice*)
633 17th Street, Suite 1600
Denver, CO 80202
sgillespie@earthjustice.org
Tel: 303-996-9616
Fax: 720-550-5757

Adrienne Y. Lee (*pro hac vice*)
1001 G St. NW, Suite 1000
Washington, DC 20001
alee@earthjustice.org
Tel: 202-667-4500
Fax: 202-667-2356

*Counsel for Intervenor-Defendant
Bayou City Waterkeeper*

## CERTIFICATE OF CONFERENCE

Pursuant to Southern District of Texas Local Rule 7.1, counsel for Bayou City Waterkeeper conferred with counsel for State Plaintiffs, State of Idaho Plaintiff, and Federal Defendants via email regarding their position on this Intervenor-Defendant's Motion for Leave and for Extension of Time to File Combined Opposition to Plaintiffs' Request for Preliminary Injunction. At the time of this motion, counsel for State Plaintiffs and counsel for the State of Idaho responded via email that they did not oppose the relief requested herein. Similarly, counsel for the Federal Defendants also responded via email that they are not unopposed to the relief requested. Counsel for the Waterkeeper also called counsel for the Association Plaintiffs and emailed, but counsel for Association Plaintiffs have yet to respond.

## CERTIFICATE OF SERVICE

I certify that on February 28, 2023, a copy of this **INTERVENOR-DEFENDANT'S MOTION FOR LEAVE AND FOR EXTENSION OF TIME TO FILE COMBINED OPPOSITION TO PLAINTIFFS' REQUEST FOR PRELIMINARY INJUNCTION** was served on the counsel stated below through the CM/ECF E-File System and by e-mail.

| | |
|---|---|
| J. Amber Ahmed<br>Assistant Attorney General<br>amber.ahmed@oag.texas.gov | OFFICE OF THE ATTORNEY GENERAL<br>Environmental Protection Division |
| Mark A. Steinbach<br>Assistant Attorney General<br>mark.steinbach@oag.texas.gov | P. O. Box 12548, MC-066<br>Austin, Texas 78711-2548<br>Tel: (512) 463-2012<br>Fax: (512) 320-0911 |
| Logan Harrell<br>Assistant Attorney General<br>logan.harrell@oag.texas.gov | *Counsel for State of Texas Plaintiffs* |

Kevin S. Ranlett
James B. Danford, Jr.
MAYERBROWN LLP
700 Louisiana Street, Suite 3400
Houston, TX 77004
Tel:  713238-2700
kranlettmayerbrown.com
jdanford@mayerbrown.com

Timothy S. Bishop
Brett E. Legner
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 782-0600
tbishop@mayerbrown.com
blegner@mayerbrown.com

*Counsel for Association Plaintiffs*

David Dewhirst
Chief Deputy Attorney General
Office of the Attorney General
P.O. Box 83720
Boise, Idaho 83720-0010
Tel: (208) 334-2400
Fax: (208) 854-8071
David.Dewhirst@ag.idaho.gov

Lincoln Davis Wilson
Deputy Attorney General Chief,
Civil Litigation &Constitutional
Defense Division

*Counsel for State of Idaho Plaintiff*

Andrew J. Doyle
U.S. Department of Justice
Environment & Natural Resources
Division
San Francisco Field Office
450 Golden Gate Avenue,
Room 07-6714
San Francisco, CA 94102
Tel: 415-744-6469
Fax: 202-514-8865
andrew.doyle@usdoj.gov

Elliot Warren Higgins
U.S. Department of Justice
Environment & Natural Resources
Division
PO Box 7611
Washington, DC 20044
Tel: 202-598-0240
elliot.higgins@usdoj.gov

Sarah Izfar
U.S. Department of Justice
Environment & Natural Resources
Division
P.O. Box 7611
Washington, DC 20044
Tel: 202-305-0490
sarah.izfar@usdoj.gov

Hubert T. Lee
U.S. Department of Justice
Environment & Natural Resources
Division
150 M St. NE Rm 4.1116
Washington, DC 20002
Tel: 202-514-1806
hubert.lee@usdoj.gov

Sonya J. Shea
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Tel: 303-844-7231
sonya.shea@usdoj.gov

*Counsel for Federal Defendants*

*/s/Danielle Broyles*