United States District Court
Southern District of Texas
**ENTERED**
February 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:23-cv-17 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | § § § § § | |
| Defendants. | § | |

# ORDER

Before the court is the State of Texas and State of Idaho's motion to supplement, Dkt. 34, the preliminary injunction motion, Dkt. 13. After considering the motion, the court finds that the motion should be **GRANTED**. Accordingly, it is hereby **ORDERED** that the declarations contained in the states' motion, Dkt. 34, are hereby supplemented to the motion for preliminary injunction filed on February 7, 2023.

It is further **ORDERED** that the defendants may file a consolidated response—not to exceed 42 pages—to the plaintiffs' two applications for preliminary injunction, including the supplement ordered herein, on or before Saturday, March 4, 2023. The hearing on March 15, 2023, and the

plaintiffs' deadlines and page limits related to the reply, if filed, remain unchanged. *See* Dkt. 27.

Signed on Galveston Island this 28th day of February, 2023.

                                                _____
                                                JEFFREY VINCENT BROWN
                                                UNITED STATES DISTRICT JUDGE