**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS**

American Farm Bureau Federation, et al.

Plaintiff(s)

Case No.: 3:23-cv-00020

vs.

U.S. Environmental Protection Agency, et al.

Defendant(s)

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Stephanie Maddox, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S):  Summons; Complaint for Declaratory and Injunctive Relief with Exhibit A; Civil Cover Sheet with Attachment; Plaintiffs' Rule 7.1 Corporate Disclosure Statement; Motion and Order for Admission Pro Hac Vice; Certificate of Admission to the Bar of Illinois; Order for Conference and Disclosure of Interested Parties; First Amended Complaint for Declaratory and Injunctive Relief with Exhibits; Plaintffs' Certificate of Interested Parties; Plaintiffs' Motion for Preliminary Injunction with Exhibits; (Proposed) Order on Plaintiff's Motion for a Nationwide Preliminary Injunction; and Galveston Division Rules of Practice

SERVE TO:  Merrick Garland, in his official capacity as Attorney General of the United States

SERVICE ADDRESS:  950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

METHOD OF SERVICE:  By mailing the documents listed herein to Merrick Garland, in his official capacity as Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 on 02/15/2023 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 2410 0000 9529 2647. Service was signed for on 02/17/2023, return receipt attached.

I declare under penalty of perjury that this information is true.

02/21/23
Executed On



Stephanie Maddox

Client Ref Number:22721986
Job #: 1614437

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| American Farm Bureau Federation, et al. <br><br> *Plaintiff(s)* <br> v. <br> U.S. Environmental Protection Agency, et al. <br><br> *Defendant(s)* | Civil Action No. 3:23-cv-20 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Merrick Garland, in his official capacity as Attorney General
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Kevin S. Ranlett
James B. Danford, Jr.
Mayer Brown LLP
700 Louisiana Street, Suite 3400
Houston, Texas 77002

Timothy S. Bishop
Brett E. Legner
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: February 13, 2023

Nathan Ochsner, Clerk of Court

s/ V. Aranda
*Signature of Clerk or Deputy Clerk*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States Attorney General
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

   9590 9402 7744 2152 1185 21

2. Article Number (Transfer from service label)

   7022 2410 0000 9529 2647

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   FEB 17 2023

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt