**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS**

American Farm Bureau Federation, et al.

                        Plaintiff(s)          Case No.: 3:23-cv-00020

                        vs.

U.S. Environmental Protection Agency, et al.

                        Defendant(s)

## AFFIDAVIT OF SERVICE

I, Abel Emiru, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Complaint for Declaratory and Injunctive Relief with Exhibit A; Civil Cover Sheet with Attachment; Plaintiffs' Rule 7.1 Corporate Disclosure Statement; Motion and Order for Admission Pro Hac Vice; Certificate of Admission to the Bar of Illinois; Order for Conference and Disclosure of Interested Parties; First Amended Complaint for Declaratory and Injunctive Relief with Exhibits; Plaintffs' Certificate of Interested Parties; Plaintiffs' Motion for Preliminary Injunction with Exhibits; (Proposed) Order on Plaintiff's Motion for a Nationwide Preliminary Injunction; and Galveston Division Rules of Practice in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 02/15/2023 at 1:19 PM, I served Lieutenant General Scott A. Spellmon, in his official capacity as Chief of Engineers and Commanding General c/o U.S. Army Corp of Engineers at 9275 Gunston Road, Fort Belvoir, Virginia 22060 with the Summons; Complaint for Declaratory and Injunctive Relief with Exhibit A; Civil Cover Sheet with Attachment; Plaintiffs' Rule 7.1 Corporate Disclosure Statement; Motion and Order for Admission Pro Hac Vice; Certificate of Admission to the Bar of Illinois; Order for Conference and Disclosure of Interested Parties; First Amended Complaint for Declaratory and Injunctive Relief with Exhibits; Plaintffs' Certificate of Interested Parties; Plaintiffs' Motion for Preliminary Injunction with Exhibits; (Proposed) Order on Plaintiff's Motion for a Nationwide Preliminary Injunction; and Galveston Division Rules of Practice by serving Chief Patrick Gary, Chief, Litigation Division, authorized to accept service.

Chief Patrick Gary is described herein as:

Gender: Male    Race/Skin: White    Age: 50    Weight: 175    Height: 5'9"    Hair: Gray    Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

2/17/23
Executed On



_____
Abel Emiru

Client Ref Number: 22721986
Job #: 1614440

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Southern District of Texas

American Farm Bureau Federation, et al.

*Plaintiff(s)*

v.

U.S. Environmental Protection Agency, et al.

*Defendant(s)*

Civil Action No. 3:23-cv-20

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lieutenant General Scott A. Spellmon, in his official capacity as Chief of Engineers and Commanding General
U.S. Army Corp of Engineers
441 G Street NW
Washington, DC 20314-1000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kevin S. Ranlett
James B. Danford, Jr.
Mayer Brown LLP
700 Louisiana Street, Suite 3400
Houston, Texas 77002

Timothy S. Bishop
Brett E. Legner
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: January 19, 2023

*s/ V. Aranda*
*Signature of Clerk or Deputy Clerk*