**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 3:23-cv-17 (consolidated |
| | § | with No. 3:23-cv-20) |
| | § | |
| UNITED STATES ENVIRONMENTAL | § | |
| PROTECTION AGENCY, et al., | § | |
| | § | |
| Defendants, | § | |
| | § | |
| BAYOU CITY WATERKEEPER, | § | |
| | § | |
| Intervenor-Defendant. | § | |

**NOTICE OF DECISION IN RELATED CASE**

Federal Defendants provide notice that today, in *Commonwealth of Kentucky v. EPA*, No. 3:23-cv-00007 (E.D. Ky.) the court issued an order denying Kentucky's and business groups' motions for a preliminary injunction of the same Rule (88 Fed. Reg. 3004 (Jan. 18, 2023)) that is the subject of these consolidated cases.

Respectfully submitted,

TODD KIM
Assistant Attorney General
ENVIRONMENT AND NATURAL
RESOURCES DIVISION

| | |
|---|---|
| *Of Counsel:* | */s/ Sonya J. Shea (filed with permission of* |
| Karyn I. Wendelowski | *Andrew J. Doyle)* |
| Elise O'Dea | ANDREW J. DOYLE, FL Bar No. 84948; |

1

Environmental Protection Agency

Daniel Inkelas
Erica Zilioli
U.S. Army Corps of Engineers

S.D. Tex. Bar No. 1143161
*Attorney-in-Charge*
SONYA J. SHEA, CA Bar No. 305917;
S.D. Tex. Bar. No. 3835754
SARAH IZFAR, DC Bar No. 1017796;
S.D. Tex. Bar. No. 3528936
HUBERT T. LEE, NY Bar No. 4992145;
S.D. Tex. Bar No. 3835753
ELLIOT HIGGINS, NY Bar No. 5737903;
S.D. Tex. Bar No. 3696295
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel: (415) 744-6469 (Doyle)
Tel: (303) 844-7231 (Shea)
Tel: (202) 305-0490 (Izfar)
Tel: (202) 514-1806 (Lee)
Tel: (202) 514-3144 (Higgins)
Fax: (202) 514-8865
andrew.doyle@usdoj.gov
sonya.shea@usdoj.gov
sarah.izfar@usdoj.gov
hubert.lee@usdoj.gov
elliot.higgins@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2023, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

/s/ *Sonya J. Shea*