IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, STATE OF IDAHO, ET AL. | § § § § § | |
| *Plaintiffs*, | § | Civil Action No. 3:23-cv-00017 |
| v. | § § | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL. | § § § | |
| *Defendants*. | § § | |

## TEXAS'S NOTICE OF SUPPLEMENT AUTHORITY

Plaintiffs the State of Texas and five of its agencies (together, "Texas") provide notice that today, in *State of West Virginia, et al. v. EPA, et al.*, No. 3:23-cv-00032 (N.D.) the court issued an order granting a preliminary injunction of the same Rule (88 Fed. Reg. 3004 (Jan. 18, 2023)) that the Court preliminarily enjoined in this case. The North Dakota order is attached here as Exhibit 1.

Dated:  April 12, 2023                                 Respectfully submitted,

KEN PAXTON                                             /s/ *J. Amber Ahmed*
Attorney General of Texas                              J. AMBER AHMED
                                                       Attorney-in-Charge
BRENT WEBSTER                                          Assistant Attorney General
First Assistant Attorney General                       State Bar No. 24080756
                                                       Southern District No. 3135176
GRANT DORFMAN                                          amber.ahmed@oag.texas.gov
Deputy First Assistant Attorney
General                                                LOGAN HARRELL
                                                       Assistant Attorney General
AARON F. REITZ                                         State Bar No. 24106054
Deputy Attorney General for Legal                      PRO HAC VICE
Strategy                                               logan.harrell@oag.texas.gov

| | |
|---|---|
| SHAWN COWLES<br>Deputy Attorney General for Civil Litigation<br><br>PRISCILLA M. HUBENAK<br>Chief, Environmental Protection Division | H. CARL MYERS<br>Assistant Attorney General<br>State Bar No. 24046502<br>Southern District No. 852368<br>carl.myers@oag.texas.gov<br><br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>Environmental Protection Division<br>P.O. Box 12548, MC-066<br>Austin, Texas 78711-2548<br>Tel:    (512) 463-2012<br>Fax:   (512) 320-0911<br><br>**COUNSEL FOR STATE OF TEXAS PLAINTIFFS** |

## CERTIFICATE OF SERVICE

I certify that on April 12, 2023, a copy of the foregoing document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all attorneys in this case.

/s/ *J. Amber Ahmed*
J. AMBER AHMED
Assistant Attorney General