IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 3:23-cv-17 (consolidated with No. 3:23-cv-20) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | § § § § § | |
| Defendants, | § § | |
| BAYOU CITY WATERKEEPER, | § § § | |
| Intervenor-Defendant. | § | |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1292(a)(1), Defendants United States Environmental Protection Agency; Michael S. Regan, in his official capacity as Administrator of the U.S. Environmental Protection Agency; United States Army Corps of Engineers; Lieutenant General Scott A. Spellmon, in his official capacity as Chief of Engineers and Commanding General, U.S. Army Corps of Engineers; and Michael L. Connor, in his official capacity as Assistant Secretary of the Army (Civil Works) appeal to the United States Court of Appeals for the Fifth Circuit from the order entered on March 19, 2023 (Dkt. No. 60), which granted the State Plaintiffs' motion for preliminary injunction.

Respectfully submitted,

TODD KIM
Assistant Attorney General

ENVIRONMENT AND NATURAL
RESOURCES DIVISION

*Of Counsel:*
Karyn I. Wendelowski
Elise O'Dea
Environmental Protection Agency

Daniel Inkelas
Erica Zilioli
U.S. Army Corps of Engineers

*/s/ Elliot Higgins (with permission of*
*Andrew J. Doyle, Attorney in Charge)*
ANDREW J. DOYLE, FL Bar No. 84948;
S.D. Tex. Bar No. 1143161
*Attorney-in-Charge*
SONYA J. SHEA, CA Bar No. 305917;
S.D. Tex. Bar. No. 3835754
SARAH IZFAR, DC Bar No. 1017796;
S.D. Tex. Bar. No. 3528936
HUBERT T. LEE, NY Bar No. 4992145;
S.D. Tex. Bar No. 3835753
ELLIOT HIGGINS, NY Bar No. 5737903;
S.D. Tex. Bar No. 3696295
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel: (415) 744-6469 (Doyle)
Tel: (303) 844-7231 (Shea)
Tel: (202) 305-0490 (Izfar)
Tel: (202) 514-1806 (Lee)
Tel: (202) 514-3144 (Higgins)
Fax: (202) 514-8865
andrew.doyle@usdoj.gov
sonya.shea@usdoj.gov
sarah.izfar@usdoj.gov
hubert.lee@usdoj.gov
elliot.higgins@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2023, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

/s/ *Elliot Higgins*