IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, STATE OF IDAHO, ET AL. | § § § § § | |
| *Plaintiffs*, | § | Civil Action No. 3:23-cv-00017 |
| v. | § § | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL. | § § § | |
| *Defendants*. | § § | |

## TEXAS'S NOTICE OF SUPPLEMENT AUTHORITY

Plaintiffs the State of Texas and five of its agencies (together, "Texas") provide notice that today, in *Sackett v. EPA*, et al. No. 21-454 2023 WL 3632751(U.S. May 25, 2023) the U.S. Supreme Court issued an opinion interpreting the term "waters of the United States" as used in the Clean Water Act.  The opinion is attached here as Exhibit 1.


Dated:   May 25, 2023                                       Respectfully submitted,

KEN PAXTON                                                  /s/ *J. Amber Ahmed*
Attorney General of Texas                                   J. AMBER AHMED
                                                            Attorney-in-Charge
BRENT WEBSTER                                               Assistant Attorney General
First Assistant Attorney General                            State Bar No. 24080756
                                                            Southern District No. 3135176
GRANT DORFMAN                                               amber.ahmed@oag.texas.gov
Deputy First Assistant Attorney
General                                                     LOGAN HARRELL
                                                            Assistant Attorney General
AARON F. REITZ                                              State Bar No. 24106054
Deputy Attorney General for Legal                           PRO HAC VICE
Strategy                                                    logan.harrell@oag.texas.gov

| | |
|---|---|
| SHAWN COWLES<br>Deputy Attorney General for Civil Litigation<br><br>PRISCILLA M. HUBENAK<br>Chief, Environmental Protection Division | H. CARL MYERS<br>Assistant Attorney General<br>State Bar No. 24046502<br>Southern District No. 852368<br>carl.myers@oag.texas.gov<br><br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>Environmental Protection Division<br>P.O. Box 12548, MC-066<br>Austin, Texas 78711-2548<br>Tel:  (512) 463-2012<br>Fax:  (512) 320-0911 |

**COUNSEL FOR STATE OF TEXAS PLAINTIFFS**

### CERTIFICATE OF SERVICE

I certify that on May 25, 2023, a copy of the foregoing document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all attorneys in this case.

/s/ *J. Amber Ahmed*
J. AMBER AHMED
Assistant Attorney General