IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | No. 3:23-cv-17 (consolidated |
| § | with No. 3:23-cv-20) |
| UNITED STATES ENVIRONMENTAL § | |
| PROTECTION AGENCY, et al., § | |
| § | |
| Defendants, § | |
| § | |
| BAYOU CITY WATERKEEPER, § | |
| § | |
| Intervenor-Defendant. § | |

**NOTICE OF FINAL RULE**

Pursuant to this Court's July 10 Order, Dkt. No. 81, Federal Defendants ("the Agencies") hereby notify the Court and the Parties that the "Revised Definition of 'Waters of the United States'; Conforming" Rule was published in the Federal Register today. 88 Fed. Reg. 61964, https://www.federalregister.gov/documents/2023/09/08/2023-18929/revised-definition-of-waters-of-the-united-states-conforming.

The Agencies will confer with the Parties to submit a proposal or proposals for further proceedings within 21 days.

Respectfully submitted,

TODD KIM
Assistant Attorney General
ENVIRONMENT AND NATURAL
RESOURCES DIVISION

1

| | |
|---|---|
| *Of Counsel:* | */s/ Sonya J. Shea (filed with permission of Andrew J. Doyle)* |
| Karyn I. Wendelowski | |
| Elise O'Dea | ANDREW J. DOYLE, FL Bar No. 84948; |
| Environmental Protection Agency | S.D. Tex. Bar No. 1143161 |
| | *Attorney-in-Charge* |
| Daniel Inkelas | SONYA J. SHEA, CA Bar No. 305917; |
| Erica Zilioli | S.D. Tex. Bar. No. 3835754 |
| U.S. Army Corps of Engineers | SARAH IZFAR, DC Bar No. 1017796; |
| | S.D. Tex. Bar. No. 3528936 |
| | HUBERT T. LEE, NY Bar No. 4992145; |
| | S.D. Tex. Bar No. 3835753 |
| | ELLIOT HIGGINS, NY Bar No. 5737903; |
| | S.D. Tex. Bar No. 3696295 |
| | United States Department of Justice |
| | Environmental Defense Section |
| | P.O. Box 7611 |
| | Washington, DC 20044 |
| | Tel: (415) 744-6469 (Doyle) |
| | Tel: (303) 844-7231 (Shea) |
| | Tel: (202) 305-0490 (Izfar) |
| | Tel: (202) 514-1806 (Lee) |
| | Tel: (202) 514-3144 (Higgins) |
| | Fax: (202) 514-8865 |
| | andrew.doyle@usdoj.gov |
| | sonya.shea@usdoj.gov |
| | sarah.izfar@usdoj.gov |
| | hubert.lee@usdoj.gov |
| | elliot.higgins@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2023, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

/s/ *Sonya J. Shea*