IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § § | No. 3:23-cv-17 (consolidated with No. 3:23-cv-20) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | § § § § § | |
| Defendants, | § § § | |
| BAYOU CITY WATERKEEPER, | § § § | |
| Intervenor-Defendant. | § | |

**PARTIES' PROPOSAL FOR FURTHER PROCEEDINGS**

Pursuant to this Court's July 10 Order, Dkt. No. 81, the Parties submit this proposal for further proceedings.

In these consolidated cases, Plaintiffs challenge the *Revised Definition of "Waters of the United States,"* 88 Fed. Reg. 3004 ("2023 Rule"). The 2023 Rule is currently enjoined in 27 states, including Texas and Idaho. On May 25, the Supreme Court issued its ruling in *Sackett v. EPA*, 598 U.S. 651 (2023), which addresses the standard for determining what constitutes "waters of the United States." On September 8, Federal Defendants (the "Agencies") published a final rule that amended provisions in the Code of Federal Regulations promulgated in the 2023 Rule. *Revised Definition of "Waters of the United States"; Conforming*, 88 Fed. Reg. 61964 ("Conforming Rule"). Because the

1

2023 Rule is enjoined in Texas and Idaho pursuant to this Court's March 19 Order, Dkt. No. 60, the Conforming Rule is not in effect in Texas and Idaho. Plaintiffs intend to pursue their challenge to the 2023 Rule as amended by the Conforming Rule (the "Amended 2023 Regulations"). Accordingly, Plaintiffs hereby withdraw their motions for summary judgment (filed prior to the issuance of the Conforming Rule), Dkt. Nos. 78 & 79. Plaintiffs will file amended complaints, to which the Agencies and Intervenor-Defendant will answer or respond. After that, the Parties will confer and propose further proceedings.

Accordingly, the Parties propose that the Court enter an order providing that:

1. Plaintiffs' motions for summary judgment, Dkt. Nos. 78 & 79, are stricken.

2. State Plaintiffs shall file an amended complaint to challenge the Amended 2023 Regulations by no later than November 13, 2023.

3. Association Plaintiffs shall file an amended complaint to challenge the Amended 2023 Regulations by no later than November 13, 2023.

4. The Agencies shall answer or otherwise respond to the amended complaints by no later than December 13, 2023.

5. Intervenor-Defendant shall answer or otherwise respond to the amended complaints by no later than December 13, 2023.

6. The Parties shall propose a schedule or schedules for further proceedings no later than December 21, 2023.

|  |  |
|---|---|
| | Respectfully submitted, |
| | TODD KIM<br>Assistant Attorney General |
| *Of Counsel:*<br>Karyn I. Wendelowski<br>Elise O'Dea<br>Environmental Protection Agency | ENVIRONMENT AND NATURAL RESOURCES DIVISION<br><br>*/s/ Sarah Izfar (filed with permission of Andrew J. Doyle)* |
| Daniel Inkelas<br>Erica Zilioli<br>U.S. Army Corps of Engineers | ANDREW J. DOYLE, FL Bar No. 84948;<br>S.D. Tex. Bar No. 1143161<br>*Attorney-in-Charge*<br>SONYA J. SHEA, CA Bar No. 305917;<br>S.D. Tex. Bar. No. 3835754<br>SARAH IZFAR, DC Bar No. 1017796;<br>S.D. Tex. Bar. No. 3528936<br>HUBERT T. LEE, NY Bar No. 4992145;<br>S.D. Tex. Bar No. 3835753<br>ELLIOT HIGGINS, NY Bar No. 5737903;<br>S.D. Tex. Bar No. 3696295<br>United States Department of Justice<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, DC 20044<br>Tel: (415) 744-6469 (Doyle)<br>Tel: (303) 844-7231 (Shea)<br>Tel: (202) 305-0490 (Izfar)<br>Tel: (202) 514-1806 (Lee)<br>Tel: (202) 514-3144 (Higgins)<br>Fax: (202) 514-8865<br>andrew.doyle@usdoj.gov<br>sonya.shea@usdoj.gov<br>sarah.izfar@usdoj.gov<br>hubert.lee@usdoj.gov<br>elliot.higgins@usdoj.gov<br><br>*Counsel for Federal Defendants* |

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | /s/ *J. Amber Ahmed* *(filed with permission)*<br>J. AMBER AHMED<br>*Attorney-in-Charge* |
| BRENT WEBSTER<br>First Assistant Attorney General | Assistant Attorney General<br>State Bar No. 24080756<br>Southern District No. 3135176 |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | amber.ahmed@oag.texas.gov<br><br>H. CARL MYERS |
| JAMES LLOYD<br>Acting Deputy Attorney General for Civil Litigation | Assistant Attorney General<br>State Bar No. 24046502<br>Southern District No. 852368<br>carl.myers@oag.texas.gov |
| KELLIE E. BILLINGS-RAY<br>Chief, Environmental Protection Division | LOGAN HARRELL<br>Assistant Attorney General<br>State Bar No. 24106054<br>Southern District No. 3835750<br>logan.harrell@oag.texas.gov |

OFFICE OF THE ATTORNEY GENERAL
Environmental Protection Division
P. O. Box 12548, MC-066
Austin, Texas 78711-2548
Tel:    (512) 463-2012
Fax:    (512) 320-0911

*Counsel for State of Texas Plaintiffs*

HON. RAÚL R. LABRADOR
Attorney General

/s/ *Joshua N. Turner (filed with permission)*
JOSHUA N. TURNER
Deputy Solicitor General
LINCOLN DAVIS WILSON
Chief, Civil Litigation and
Constitutional Defense Division

*Counsel for State of Idaho*

4

/s/ *Kevin S. Ranlett (filed with permission)*
Kevin S. Ranlett
Texas Bar No. 24084922
SDTX NO. 1124632
James B. Danford, Jr.
Texas Bar No. 24105775
SDTX NO. 3150442
MAYER BROWN LLP
700 Louisiana Street, Suite 3400
Houston, TX 77004
Tel: 713-238-2700
Email: kranlett@mayerbrown.com
Email: jdanford@mayerbrown.com

Timothy S. Bishop (*pro hac vice*)
Brett E. Legner (*pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 782-0600
Email: tbishop@mayerbrown.com
Email: blegner@mayerbrown.com

*Counsel for Association Plaintiffs*

5

EARTHJUSTICE

 /s/ *Jennifer Anne Powis (filed with permission)*
Jennifer Anne Powis
Texas State Bar No. 24041716
Southern District No. 605931
*Attorney-in-Charge*

Kristen Schlemmer
Texas State Bar No. 24075029
Southern District No. 2078411
Bayou City Waterkeeper
2010 N. Loop West, Suite 103
Houston, TX 77018
Tel: 512-619-1583
kristen@bayoucitywaterkeeper.org

*Of counsel, Bayou City Waterkeeper*

Caroline Riviere Crow
Texas State Bar No. 24118360
Southern District No. 3686825
845 Texas Ave., Suite 200
Houston, TX 77002
jpowis@earthjustice.org
ccrow@earthjustice.org
Tel: 281-694-5157
Fax: 415-217-2040

Stu Gillespie (appearing *pro hac vice*)
633 17th Street, Suite 1600
Denver, CO 80202
sgillespie@earthjustice.org
Tel: 303-996-9616
Fax: 720-550-5757

Adrienne Y. Lee
(appearing *pro hac vice*)
1001 G St. NW, Suite 1000
Washington, DC 20001
alee@earthjustice.org
Tel: 202-667-4500
Fax: 202-667-2356

*Counsel for
Intervenor-Defendant Bayou City
Waterkeeper*

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2023, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

/s/ *Sarah Izfar*