United States District Court
Southern District of Texas
**ENTERED**
October 02, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, §<br>§<br>Plaintiffs, §<br>§<br>VS. §<br>§<br>UNITED STATES §<br>ENVIRONMENTAL PROTECTION §<br>AGENCY, *et al.*, §<br>§<br>Defendants, §<br>§<br>BAYOU CITY WATERKEEPER, §<br>§<br>Intervenor-Defendant. § | 3:23-cv-17 |

# **ORDER**

The court, having considered the parties' joint proposal for further proceedings, hereby grants the motion.

Plaintiffs' motions for summary judgement are stricken. Dkts. 78, 79.

State Plaintiffs and Association Plaintiffs shall file an amended complaint to challenge the Amended 2023 Regulations by no later than November 13, 2023.

The Agencies and Intervenor-Defendant shall answer or otherwise respond to the amended complaints by no later than December 13, 2023.

The Parties shall propose a schedule or schedules for further proceedings no later than December 21, 2023.

Signed on Galveston Island this 2nd day of October, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE