United States District Court
Southern District of Texas
**ENTERED**
December 20, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:23-cv-17 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | § § § § § | |
| Defendants, | § § § | |
| BAYOU CITY WATERKEEPER, | § § § | |
| Intervenor-Defendant. | § | |

# ORDER

Upon consideration of the parties' joint motion for briefing schedule, the motion is hereby GRANTED. Dkt. 104. The court hereby establishes the following briefing schedule.

| Filing | Due | Page limit |
|---|---|---|
| State Plaintiffs' motion for summary judgment | February 2, 2024 | 30 |
| Business Plaintiffs' motion for summary judgment | February 2, 2024 | 30 |
| Agencies' combined cross-motion/response to both Plaintiffs' motions | April 2, 2024 | 60 |

| Intervenor's combined cross-motion/response to both Plaintiffs' motions | April 16, 2024 | 45 |
| --- | --- | --- |
| State Plaintiffs' combined reply/response to Agencies' and Intervenor's motions | June 17, 2024 | 30 |
| Business Plaintiffs' combined reply/response to Agencies' and Intervenor's motions | June 17, 2024 | 30 |
| Agencies' combined reply to responses on cross-motion | July 17, 2024 | 30 |
| Intervenor's combined reply to responses on cross-motion | July 24, 2024 | 15 |

Signed on Galveston Island this 20th day of December, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE