United States District Court
Southern District of Texas
**ENTERED**
February 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.,* | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | 3:23-cv-17 |
| | § | |
| UNITED STATES | § | |
| ENVIRONMENTAL PROTECTION | § | |
| AGENCY, *et al.,* | § | |
| | § | |
| Defendants, | § | |
| | § | |
| BAYOU CITY WATERKEEPER, | § | |
| | § | |
| Intervenor-Defendant. | § | |

## **ORDER**

Before the court is the defendants' unopposed motion to stay the case. Dkt. 135. The court grants the motion.

All deadlines and proceedings are stayed. The defendants are ordered to submit status reports every 60 days from the date of this order.

Signed on Galveston Island this 4th day of February, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE