**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 3:23-cv-17 (consolidated |
| | § | with No. 3:23-cv-20) |
| UNITED STATES ENVIRONMENTAL | § | |
| PROTECTION AGENCY, et al., | § | |
| | § | |
| Defendants, | § | |
| | § | |
| BAYOU CITY WATERKEEPER, | § | |
| | § | |
| Intervenor-Defendant. | § | |

**FEDERAL DEFENDANTS' STATUS REPORT**

On February 4, 2025, ECF No. 136, the Court granted Defendants' motion to stay the case with status reports due every 60 days. In accordance with the Court's Order, Defendants respectfully submit this status report.

As previously reported, the Agencies solicited stakeholder input to assist the Agencies in further clarifying the definition of "waters of the United States," and received more than 45,000 recommendations. *See* ECF No. 145.

On November 17, 2025, the Agencies signed a proposed rule titled "Updated Definition of 'Waters of the United States.'" The proposed rule published in the Federal Register on November 20, 2025. 90 Fed. Reg. 52498. The 45-day public comment period closed on January 5, 2026. *Id.* The Agencies received more than 200,000 comments and

1

are in the process of reviewing comments. *See* https://www.regulations.gov/document/
EPA-HQ-OW-2025-0322-0001.

Further agency action to clarify the definition of "waters of the United States" could potentially resolve the litigation or narrow the existing dispute. Accordingly, the stay in this case remains appropriate.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
ENVIRONMENT AND NATURAL
RESOURCES DIVISION

*/s/ Sonya J. Shea*
SONYA J. SHEA (*pro hac vice*)
*Attorney-in-Charge*, CA Bar No. 305917
SARAH IZFAR (*pro hac vice*)
DC Bar No. 1017796
JIN HYUNG LEE (*pro hac vice*)
DC Bar No. 198095
United States Department of Justice

*Of Counsel:*                    Environmental Defense Section
Elise O'Dea                      P.O. Box 7611
Environmental Protection Agency   Washington, DC 20044
                                 Tel: (202) 598-3320 (Shea)
Daniel Inkelas                   Tel: (202) 305-0490 (Izfar)
Erica Zilioli                    Tel: (202) 598-7264 (Lee)
U.S. Army Corps of Engineers     Fax: (202) 514-8865
                                 sonya.shea@usdoj.gov
                                 sarah.izfar@usdoj.gov
                                 jin.hyung.lee@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2026, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

/s/ *Sonya J. Shea*