United States District Court
Southern District of Texas
**ENTERED**
August 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | 3:23-cv-17 |
| | § | |
| U.S. ENVIRONMENTAL | § | |
| PROTECTION AGENCY, *et al.*, | § | |
| | § | |
| Defendants. | | |

## **ORDER**

Before the court is the plaintiffs State of Idaho's motion for Scott L. Campbell to withdraw as co-counsel for the State of Idaho in the above-styled matter. Dkt. 155. The motion is GRANTED.

It is hereby ordered that the appearance of Scott L. Campbell, as co-counsel for the State of Idaho in the above-captioned matter is withdrawn. The State of Idaho will continue to be represented by Deputy Attorneys General, Brent R. King and Michael A. Short.

SIGNED on Galveston Island this 10th day of August, 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE